IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LUTHER BIRL SNEED, JR,

    Plaintiff,

v.                                                        CASE NO. 1:10-cv-00077-MP -AK

TEXAS PRISON SYSTEM,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 7, Notice of Filing Deliberate Indifference by Luther Birl Sneed, Jr. This document, apparently seeking appointment of a female attorney to represent Mr. Sneed, as well as seeking injunctive relief against the Texas prison system, was submitted by Mr. Sneed to ten different courts and filed by the Clerk here. This case, however, was dismissed on July 22, 2010. If Mr. Sneed would like to pursue his remedies in court, he must file a new lawsuit. To the extent Mr. Sneed's request is construed as a motion for reconsideration of the order dismissing this lawsuit, it is DENIED.

**DONE AND ORDERED** this  *19th* day of October, 2010

                                       *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge